UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSIRIS SANABRIA GARCIA,

    Plaintiff,

v.                                          Case No:  2:20-cv-563-FtM-66MRM

EXPERIAN INFORMATION
SOLUTIONS, INC. and FIRST
PREMIER BANK,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's "Notice of Settlement and Unopposed Motion to Dismiss Without Prejudice as to Defendant Experian Information Solutions, Inc." (Doc. 31.)   Plaintiff represents that he has reached a settlement with Defendant Experian, and requests that the Court either dismiss or stay this case while he and Defendant Experian finalize and execute their settlement.

The Court notes that this case previously was stayed on November 3, 2020 as to the other named Defendant, First Premier Bank.   (Doc. 29.)

Accordingly, it is **ORDERED** that:

1.    Pursuant to Local Rule 3.08(b), Plaintiff's "Notice of Settlement and Unopposed Motion to Dismiss Without Prejudice as to Defendant Experian Information Solutions, Inc.," Doc. 31, is **GRANTED**.

2. Within sixty days of this order or upon the expiration of a later date established by the Court, Plaintiff and Experian must file either: (1) a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), signed by the settling parties; or (2) on good cause shown, a motion to reopen the case for further proceedings. Failure to comply may result in the entry of an order to show cause pursuant to Local Rule 3.10.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and motions and administratively close the file.

**ORDERED** at Fort Myers, Florida, on January 27, 2021.

*/s/ John L. Badalamenti*
_____
**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**